

**NUMBER 13-17-00682-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

**JOSE GUADALUPE RUBIO,** **Appellant,**

**v.**

**MARIA LUISA RUBIO,** **Appellee.**

---

**On appeal from the 357th District Court
of Cameron County, Texas.**

---

# MEMORANDUM OPINION

**Before Justices Contreras, Longoria, and Hinojosa
Memorandum Opinion by Justice Longoria**

Jose Guadalupe Rubio filed a notice of appeal regarding a judgment signed on October 30, 2017 in cause number 2016-DCL-6861 in the 357th District Court of Cameron County, Texas. The appellant's brief was originally due on April 9, 2018. On April 17, 2018, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of

Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. In response, appellant filed a motion for extension of time seeking until July 8, 2018 to file his brief. This Court granted appellant's motion for extension of time; however, appellant did not file his brief by July 8, 2018.

On July 12, 2018, the Clerk of the Court again notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. To date, appellant has not filed a response to this Court's directive or filed a brief.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file the brief, or file the brief. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a); *id.* R. 42.3(b).

NORA L. LONGORIA
Justice

Delivered and filed the
9th day of August, 2018.

2